# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

In re *McCord, Kathleen Denise*
   *dba Paramount Lending Corporation LLC*

Case No.
Chapter 7

_____ / Debtor

Attorney for Debtor: *Patricia A. Lang*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ McCord, Kathleen Denise*
_____
Debtor

AAA ACCEPTANCE CORPORATION
3501 SOUTH HARRISON STREET
FORT  WAYNE IN 46807


ALLSTATE IMAGING INC
21621 NORDHOFF STREET
CHATTSWORTH CA 91311


APPRAISAL SOURCE
725 VALDOSTA DRIVE
FORT  WAYNE IN 46825


BEST BOOK
203 NORTH MAIN STREET
MISHAWAKA IN 46544


CAPITAL ONE
PO BOX 85147
RICHMOND VA 23276


CAPITAL ONE
PO BOX 790217
ST LOUIS MO 63179-0217


CENTENNIAL WIRELESS
3811 ILLINOIS ROAD #212
FORT  WAYNE IN 46804


CHOICE ONE COMMUNICATIONS
100 CHESTNUT STREET #800
ROCHESTER NY 14604

CLASSIC GRAPHICS
3219 EAST STATE BOULEVARD
FORT  WAYNE IN 46805


COMCAST CABLE
720 TAYLOR STREET
FORT WAYNE  IN 46802


COMCAST CABLEVISION
PO BOX 3005
SOUTH EASTERN PA 19398-3005


COMCAST CABLEVISION
PO BOX 3006
SOUTH EASTERN PA 19398-3006


CREDIT BUREAU OF FORT WAYNE
PO BOX 535595
PITTSBURGH PA 15253-5595


D & B RMS
305 FELLOWSHIP ROAD #100
PO BOX 5471
MOUNT LAUREL NJ 08054


EQUIFAX MORTGAGE SERVICES
PO BOX 4472
ATLANTA GA 30302


FAST SIGNS
1010 COLISEUM BLVD WEST
FORT WAYNE  IN 46808

```
FORT WAYNE NEWSPAPERS
600 WEST MAIN STREET
PO BOX 100
FORT  WAYNE IN 46801-0100


INDIANA DEPARTMENT OF REVENUE
PO BOX 7223
INDIANAPOLIS IN 46207-7223


INDIANA DEPARTMENT OF REVENUE
PO BOX 1028
INDIANAPOLIS IN 46206-1028


INDIANA DEPARTMENT OF REVENUE
PO BOX 0595
INDIANAPOLIS IN 46206-0595


INDIANA DEPARTMENT OF REVENUE
PO BOX 7221
INDIANAPOLIS IN 46207-7221


INDIANA DEPT WORKFORCE DEVELOP
10 N SENATE AVENUE RM SE106
INDIANAPOLIS IN 46204-2277


INDIANA DEPT WORKFORCE DEVELOP
10 N SENATE AVENUE RM SE 106
INDIANAPOLIS IN 46204-2277


INTERNAL REVENUE SERVICE
230 SOUTH DEARBORN   ROOM 2560
5014 CHI
CHICAGO IL 60604
```

JEFF RAFF  ESQ
229 WEST BERRY STREET #300
FORT  WAYNE IN 46802-2200


LANDSAFE CREDIT INC
6400 LEGACY DRIVE
PTX-87
DALLAS TX 75074


LANDSAFE INC
PO BOX 650530
DALLAS TX 75265


MBNA AMERICA
PO BOX 15137
WILMINGTON DE 19886-5137


MENUS UNLIMITED
502 SOUTH BERKLEY ROAD
KOKOMO IN 46901


MRS  A T  ANDERSON
5716 PORT ROYAL LANE
FORT  WAYNE IN 46815


NAI HARDING DAHM
PO BOX 8398
FORT  WAYNE IN 46898-8398


NATIONAL SERV-ALL
6231 MACBETH ROAD
FORT  WAYNE IN 46809

```
NATIONAL SUBSCRIPTION BUREAU
DEPARTMENT 1380
DENVER CO 80291-1380


NORTH SHORE AGENCY
751 SUMMA AVENUE
WESTBURY NY 11590


OHIO NATIONAL FINANCIAL SERVIC
PO BOX 5358
CINCINNATI OH 45201-5358


PARK CENTER  INC
909 EAST STATE BOULEVARD
FORT  WAYNE IN 46805-3458


PERSONNEL CONCEPTS
2865 METROPOLITAN PLACE
POMONA CA 91767


PHOP
PO BOX 40045
FORT WAYNE  IN 46804


POSTMASTERS
2826 SOUTH CALHOUN STREET
FORT  WAYNE IN 46807


RMCB
2269 S SAW MILL RIVER RD #3
ELMSFORD NY 10523
```

```
ROBERTS & ASSOCIATES
4304 FLAGSTAFF COVE
FORT  WAYNE IN 46815


ROYAL STITCHES AND IMPRINTS
5616 ST  JOE ROAD
FORT  WAYNE IN 46835


SBC
6066 3 SQC DRIVE
CHICAGO IL 60663-0001


SNYDER BIRCH CORNWELL & MORGAN
200 WEST MAIN STREET
FORT  WAYNE IN 46802


STERLING REALTORS & APPRAISERS
7530 OAK LANE
FORT  WAYNE IN 46804


THE US TELEPHONE DIRECTORY
1016 IVY AVENUE
MCALLEN TX 78501


TOTAL DEBT MANAGEMENT  INC
PO BOX 6700
NORCROSS GA 30091-6700


UNISHIPPERS
6732 EAST STATE BLVD PMB 203
FORT  WAYNE IN 46815
```

```
VERIZON
PO BOX 920041
DALLAS TX 75392-0041


VERIZON DIRECTORIES CORP
PO BOX 612727
DALLAS TX 75261-2727


WORKERS TRAINING FUND
PO BOX 6285
INDIANAPOLIS IN 46206-6285
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

In re *McCord, Kathleen Denise*

Case No.

Chapter   7

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

### a.   Property to Be Surrendered.

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

### b.   Property to Be Retained.

[Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | | | |

FORM B8 (12/03) West Group, Rochester, NY

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**Signature of Debtor(s)**

Date: _____     Debtor: _/s/ McCord, Kathleen Denise_____

Date: _____     Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

In re    **McCord, Kathleen Denise**                                    Case No.
         **dba Paramount Lending Corporation LLC**              Chapter  **7**

_____ / Debtor

Attorney for Debtor:    **Patricia A. Lang**

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *1,500.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *1,500.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3. $ _____*209.00*_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
      *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
      *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
      *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
      *None*

Dated:                                    Respectfully submitted,


                                    X */s/ Patricia A. Lang*
                                    _____
                    Attorney for Petitioner: *Patricia A. Lang*
                                             *Lang Law Offices*
                                             *840 SR 930 East*
                                             *P O Box 503*
                                             *New Haven IN  46774*

(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court | Voluntary Petition |
|---|---|---|
| | _NORTHERN_  District of _INDIANA_ | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| _McCord, Kathleen Denise_ | |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| _dba Paramount Lending Corporation LLC_ | |

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all)_1883_ | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (if more than one, state all) |
|---|---|

| Street Address of Debtor (No. & Street, City, State & Zip Code): | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
|---|---|
| _7427 Valley Court_ _Fort  Wayne IN  46815_ | |

| County of Residence or of the Principal Place of Business: _Allen_ | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): _SAME_ | Mailing Address of Joint Debtor (if different from street address): |
|---|---|

| Location of Principal Assets of Business Debtor (If different from street address above): _NOT APPLICABLE_ |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7 ☐ Chapter 11 ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | | |
| ☐ Other _____ | ☐ Clearing Bank | ☐ Sec. 304 - Case ancillary to foreign proceeding | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☒ Consumer/Non-Business  ☐ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)          THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):                                    **FORM B1, Page 2**

*McCord, Kathleen Denise*

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ McCord, Kathleen Denise*
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of Attorney

**X** */s/ Patricia A. Lang*
Signature of Attorney for Debtor(s)

*Patricia A. Lang 11238-92*
Printed Name of Attorney for Debtor(s)

*Lang Law Offices*
Firm Name

*840 SR 930 East*
Address

*P O Box 503*

*New Haven IN  46774*

*260-493-2455*
Telephone Number                              Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ Patricia A. Lang*
Signature of Attorney for Debtor(s)          Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

In re *McCord, Kathleen Denise*
    *dba Paramount Lending Corporation LLC*

Case No. 
Chapter   7

_____ / Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

 AMOUNT                           SOURCE (if more than one)

*Year to date: $ 1,000.00*        *Was in business 1/02-1/05 and lost money each business year*
  *Last Year:   $  -0-*
*Year before:  $  -0-*

---

## 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**4. Suits and administrative proceedings, executions, garnishments and attachments.**

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Roberts & Associates v Paramount Lending 02D01-0408-SC-16905* | *Suit on account* | *Allen Superior SCC, Courthouse, Fort Wayne, IN* | *Judgment* |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**5. Repossessions, foreclosures and returns.**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**6. Assignments and receiverships.**

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**7. Gifts.**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**8. Losses.**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement  of this  case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Patricia A. Lang* <br> *Address:* <br> *840 SR 930 East* <br> *P O Box 503* <br> *New Haven, IN 46774* | *Date of Payment:* <br> *Payor: McCord, Kathleen Denise* | *$735.00* |
| *Payee:American Tax Relief* <br> *Address:4801 Wilshire Boulevard #220* <br> *Los Angeles, CA 90010* | *Date of Payment:8/04* <br> *Payor:Paramount Lending Corporation LLC* | *$6,400.00* |

---

**10. Other transfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition  is  not  filed.)

☒ NONE

---

**11. Closed financial accounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition  is  not  filed.)

☒ NONE

---

**12. Safe deposit boxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition  is  not  filed.)

☒ NONE

---

**13. Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

☒ NONE

---

**14. Property held for another person.**

List all property owned by another person that the  debtor  holds  or  controls.

☒ NONE

**15. Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

Form 7 (12/03)  West Group, Rochester, NY

## 18.  Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is an Individual:Kathleen D. McCord BusinessParamount Lending Corporation LLC Address: 2051 Reed Road  Fort Wayne, IN  46815* | *TaxPayer ID:47-0848030* | *Mortgage Broker/ in business 3 years lost money each year* | *1/02 - 1/05* |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19.  Books, records and financial statements.

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☒ NONE

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☒ NONE

Form 7 (12/03)  West Group, Rochester, NY

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

☒ NONE

---

## 20. Inventories.

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

---

b. List the name and address of the person having possession of the records of each of the two inventories  reported in a., above.

☒ NONE

---

## 21. Current Partners, Officers, Directors and Shareholders.

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member  of  the  partnership.

☒ NONE

---

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

---

## 22. Former partners, officers, directors and shareholders.

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of  this  case.

☒ NONE

---

b. If the debtor is a corporation. list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this  case.

☒ NONE

---

## 23. Withdrawals from a partnership or distribution by a corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of  this  case.

☒ NONE

---

## 24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year period immediately preceeding the commencement of the case.

☒ NONE

---

## 25. Pension Funds.

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six year period immediately preceeding the commencement of the case.

☒ NONE

---

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature  */s/ McCord, Kathleen Denise*_____

                                                 *McCord, Kathleen Denise*

Date _____     Signature  _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

In re *McCord, Kathleen Denise*

Case No.

Chapter    7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $        *0.00* | | |
| B-Personal Property | *Yes* | *3* | $    *2,425.00* | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $        *0.00* | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *3* | | $   *68,933.00* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *8* | | $   *73,165.00* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $    *1,616.00* |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $    *1,618.00* |
| Total Number of Sheets in All Schedules ▶ | | *21* | | | |
| Total Assets ▶ | | | $    *2,425.00* | | |
| Total Liabilities ▶ | | | | $   *142,098.00* | |

FORM B6 (6/90) West Group, Rochester, NY

In re _McCord, Kathleen Denise_ _____ / Debtor    Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___22___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____    Signature _/s/ McCord, Kathleen Denise_ _____

_McCord, Kathleen Denise_

FORM B6A (6/90) West Group, Rochester, NY

In re _McCord, Kathleen Denise_ _____ / Debtor     Case No._____

                                                                                                        (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | | |

|  |  | **TOTAL $** | _0.00_ | |
|---|---|---|---|---|

No continuation sheets attached

**(Report also on Summary of Schedules.)**

FORM B6B (10/89) West Group, Rochester, NY

In re _McCord, Kathleen Denise_____ / Debtor     Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | _Cash on hand_ <br> _Location: In debtor's possession_ | | $ 25.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Checking & savings account (Fifth Third Bank)_ <br> _Location: In debtor's possession_ | | $ 50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | _Various household goods_ <br> _Location: In debtor's possession_ | | $ 800.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | _Various wearing apparel_ <br> _Location: In debtor's possession_ | | $ 150.00 |
| 7.  Furs and jewelry. | | _Various jewelry_ <br> _Location: In debtor's possession_ | | $ 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

In re _McCord, Kathleen Denise_ _____ / Debtor    Case No. _____
                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | _1966 Ford Mustang (high mileage, needs work)_<br>_Location: In debtor's possession_<br><br>_1999 Mercury Sable_<br>_Location: In debtor's possession_ | | $ 100.00<br><br><br>$ 1,200.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |

In re _McCord, Kathleen Denise_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Page ___3___ of ___3___       **Total** ➜ | $ 2,425.00

**(Report total also on Summary of Schedules.)**
**Include amounts from any continuation sheets attached.**

FORM B6C (6/90) West Group, Rochester, NY

In re _McCord, Kathleen Denise_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---:|---:|
| _Cash on hand_ | _I.C.A. §34-55-10-2(b)(2)_ | $ 25.00 | $ 25.00 |
| _Checking account_ | _I.C.A. §34-55-10-2(b)(2)_ | $ 50.00 | $ 50.00 |
| _Various household goods_ | _I.C.A. §34-55-10-2(b)(2)_ | $ 800.00 | $ 800.00 |
| _Various wearing apparel_ | _I.C.A. §34-55-10-2(b)(2)_ | $ 150.00 | $ 150.00 |
| _1966 Ford Mustang_ | _I.C.A. §34-55-10-2(b)(2)_ | $ 100.00 | $ 100.00 |
| _1999 Mercury Sable_ | _I.C.A. §34-55-10-2(b)(2)_ | $ 1,200.00 | $ 1,200.00 |

FORM B6D (12/03) West Group, Rochester, NY

In re _McCord, Kathleen Denise_____ / Debtor      Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |

No continuation sheets attached

Subtotal $     *0.00*
(Total of this page)

Total $     *0.00*
(Use only on last page. Report total also on Summary of Schedules)

In re  McCord, Kathleen Denise                                    / Debtor          Case No._____

                                                                                            (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____2____ continuation sheets attached

FORM B6E (4/04) West Group, Rochester, NY

In re _McCord, Kathleen Denise_____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: *2813* Creditor # : 1 *Indiana Department of Revenue PO Box 0595 Indianapolis IN 46206-0595* | | *2003-2004* *State income taxes* | | | | $ 896.00 | $ 896.00 |
| Account No: *2985* Creditor # : 2 *Indiana Department of Revenue PO Box 0595 Indianapolis IN 46206-0595* | | *2003* *State income taxes* | | | | $ 893.00 | $ 893.00 |
| Account No: *4973* Creditor # : 3 *Indiana Department of Revenue PO Box 1028 Indianapolis IN 46206-1028* | | *2004* *State income taxes* | | | | $ 18.00 | $ 18.00 |
| Account No: *0016* Creditor # : 4 *Indiana Department of Revenue PO Box 7223 Indianapolis IN 46207-7223* | | *2004* *State income taxes* | | | | $ 3,528.00 | $ 3,528.00 |
| Account No: *Representing:* *Indiana Department of Revenue* | | *Indiana Department of Revenue PO Box 7221 Indianapolis IN 46207-7221* | | | | | |
| Account No: *1986* Creditor # : 5 *Indiana Dept Workforce Develop 10 N Senate Avenue Rm SE 106 Indianapolis IN 46204-2277* | | *2003* *Government* | | | | $ 477.00 | $ 477.00 |
| Account No: *6946* Creditor # : 6 *Indiana Dept Workforce Develop 10 N Senate Avenue Rm SE106 Indianapolis IN 46204-2277* | | *2004* *Government* | | | | $ 5,395.00 | $ 5,395.00 |

Sheet No. _1_ of _2_ continuation sheets attached to
Schedule of Creditors

Subtotal $ | 68,907.00
(Total of this page)
Total $ |
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _McCord, Kathleen Denise_____/ Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name and Mailing Address including Zip Code | Code | Date Claim was Incurred, and consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account No: _8030_<br>_Creditor # : 7_<br>_Internal Revenue Service_<br>_230 South Dearborn , Room 2560_<br>_5014 CHI_<br>_Chicago IL 60604_ | | _2003-2004_<br>_Federal income taxes_ | | | | | $ 57,700.00 | $ 57,700.00 |
| Account No: _7456_<br>_Creditor # : 8_<br>_Workers Training Fund_<br>_PO Box 6285_<br>_Indianapolis IN 46206-6285_ | | _2004_<br>_Government/training_ | | | | | $ 26.00 | $ 26.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No.  _2_  of  _2_  continuation sheets attached to

Schedule of Creditors

|  | Subtotal $<br>(Total of this page) | 57,700.00 |
|---|---|---|
|  | Total $<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 68,933.00 |

FORM B6F (12/03) West Group, Rochester, NY

In re  McCord, Kathleen Denise _____ / Debtor    Case No._____
                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  *3303*<br>*Creditor # : 1*<br>*Allstate Imaging Inc.*<br>*21621 Nordhoff Street*<br>*Chattsworth CA 91311* | | | *04-05*<br>*Various Charges & Services* | | | | $ 2,500.00 |
| Account No:  *ious*<br>*Creditor # : 2*<br>*Appraisal Source*<br>*725 Valdosta Drive*<br>*Fort  Wayne IN 46825* | | | *03-05*<br>*Various Charges & Services* | | | | $ 2,500.00 |
| Account No:  *ious*<br>*Representing:*<br>*Appraisal Source* | | | *AAA Acceptance Corporation*<br>*3501 South Harrison Street*<br>*Fort  Wayne IN 46807* | | | | |
| Account No:  *1397*<br>*Creditor # : 3*<br>*Best Book*<br>*203 North Main Street*<br>*Mishawaka IN 46544* | | | *03-05*<br>*Various Charges & Services* | | | | $ 8,100.00 |

_7_ continuation sheets attached

Subtotal $    13,100.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  McCord, Kathleen Denise _____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:   5976 | | 04-05 | | | | | $ 400.00 |
| Creditor # : 4 Capital One PO Box 790217 St Louis MO 63179-0217 | | Various Charges & Services | | | | | |
| Account No:   7329 | | 03-05 | | | | | $ 700.00 |
| Creditor # : 5 Capital One PO Box 790217 St Louis MO 63179-0217 | | Various Charges & Services | | | | | |
| Account No:   5756 | | 04-05 | | | | | $ 1,500.00 |
| Creditor # : 6 Capital One PO Box 85147 Richmond VA 23276 | | Various Charges & Services | | | | | |
| Account No:   5756 | | Total Debt Management, Inc. PO Box 6700 Norcross GA 30091-6700 | | | | | |
| Representing: Capital One | | | | | | | |
| Account No:   3004 | | 03-05 | | | | | $ 4,200.00 |
| Creditor # : 7 Centennial Wireless 3811 Illinois Road #212 Fort  Wayne IN 46804 | | Various Charges & Services | | | | | |
| Account No:   5114 | | 04-05 | | | | | $ 3,200.00 |
| Creditor # : 8 Choice One Communications 100 Chestnut Street #800 Rochester NY 14604 | | Various Charges & Services | | | | | |

Sheet No. __1__ of ___7__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      10,000.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _McCord, Kathleen Denise_____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code btor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **7803** <br> *Creditor # : 9* <br> *Classic Graphics* <br> *3219 East State Boulevard* <br> *Fort  Wayne IN 46805* | | | *04-05* <br> *Various Charges & Services* | | | | $ 275.00 |
| Account No: **9018** <br> *Creditor # : 10* <br> *Comcast Cable* <br> *720 Taylor Street* <br> *Fort Wayne  IN 46802* | | | *04-05* <br> *Various Charges & Services* | | | | $ 700.00 |
| Account No: **9018** <br> *Representing:* <br> *Comcast Cable* | | | *Comcast Cablevision* <br> *PO Box 3005* <br> *South Eastern PA 19398-3005* | | | | |
| Account No: **9018** <br> *Representing:* <br> *Comcast Cable* | | | *Comcast Cablevision* <br> *PO Box 3006* <br> *South Eastern PA 19398-3006* | | | | |
| Account No: **6889** <br> *Creditor # : 11* <br> *Credit Bureau of Fort Wayne* <br> *PO Box 535595* <br> *Pittsburgh PA 15253-5595* | | | *04-05* <br> *Various Charges & Services* | | | | $ 900.00 |
| Account No: **4789** <br> *Creditor # : 12* <br> *Equifax Mortgage Services* <br> *PO Box 4472* <br> *Atlanta GA 30302* | | | *04-05* <br> *Various Charges & Services* | | | | $ 4,300.00 |

Sheet No. **2** of **7** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        6,175.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _McCord, Kathleen Denise_ _____ / Debtor        Case No. _____
                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  **4789**<br><br>*Representing:*<br>*Equifax Mortgage Services* | | *D & B RMS*<br>*305 Fellowship Road #100*<br>*PO Box 5471*<br>*Mount Laurel NJ 08054* | | | | |
| Account No:   **lied**<br><br>*Creditor # : 13*<br>*Fast Signs*<br>*1010 Coliseum Blvd West*<br>*Fort Wayne  IN 46808* | | *02-05*<br>*Various Charges & Services* | | | | $ 600.00 |
| Account No:   **2843**<br><br>*Creditor # : 14*<br>*Fort Wayne Newspapers*<br>*600 West Main Street*<br>*PO Box 100*<br>*Fort   Wayne IN 46801-0100* | | *04-05*<br>*Various Charges & Services* | | | | $ 1,050.00 |
| Account No:   **9838**<br><br>*Creditor # : 15*<br>*Landsafe Credit Inc.*<br>*6400 Legacy Drive*<br>*PTX-87*<br>*Dallas TX 75074* | | *04-05*<br>*Various Charges & Services* | | | | $ 2,150.00 |
| Account No:   **9383**<br><br>*Creditor # : 16*<br>*Landsafe Inc.*<br>*PO Box 650530*<br>*Dallas TX 75265* | | *03-05*<br>*Various Charges & Services* | | | | $ 950.00 |
| Account No:   **0167**<br><br>*Creditor # : 17*<br>*Landsafe Inc.*<br>*PO Box 650530*<br>*Dallas TX 75265* | | *03-05*<br>*Various Charges & Services* | | | | $ 245.00 |

Sheet No.  **3**  of      **7** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     4,995.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _McCord, Kathleen Denise_ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  2757<br>Creditor # : 18<br>MBNA America<br>PO Box 15137<br>Wilmington DE 19886-5137 | | 92-05<br>Various Charges & Services | | | | $ 14,000.00 |
| Account No:  ding<br>Creditor # : 19<br>Menus Unlimited<br>502 South Berkley Road<br>Kokomo IN 46901 | | 04-05<br>Various Charges & Services | | | | $ 395.00 |
| Account No:  Cord<br>Creditor # : 20<br>NAI Harding Dahm<br>PO Box 8398<br>Fort  Wayne IN 46898-8398 | | 04-05<br>Various Charges & Services | | | | $ 1,100.00 |
| Account No:  9196<br>Creditor # : 21<br>National Serv-All<br>6231 MacBeth Road<br>Fort  Wayne IN 46809 | | 04-05<br>Various Charges & Services | | | | $ 300.00 |
| Account No:  4999<br>Creditor # : 22<br>National Subscription Bureau<br>Department 1380<br>Denver CO 80291-1380 | | 03-05<br>Various Charges & Services | | | | $ 700.00 |
| Account No:  3120<br>Creditor # : 23<br>North Shore Agency<br>751 Summa Avenue<br>Westbury NY 11590 | | 04-05<br>Various Charges & Services | | | | $ 30.00 |

Sheet No.  **4**  of  **7** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    16,525.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  McCord, Kathleen Denise _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:    5A03<br>Creditor # : 24<br>Ohio National Financial Servic<br>PO Box 5358<br>Cincinnati OH 45201-5358 | | 03-05<br>Various Charges & Services | | | | | $ 4,100.00 |
| Account No:    7018<br>Creditor # : 25<br>Park Center, Inc.<br>909 East State Boulevard<br>Fort  Wayne IN 46805-3458 | | 04-05<br>Medical Bills | | | | | $ 75.00 |
| Account No:    8639<br>Creditor # : 26<br>Personnel Concepts<br>2865 Metropolitan Place<br>Pomona CA 91767 | | 04-05<br>Various Charges & Services | | | | | $ 75.00 |
| Account No:    lied<br>Creditor # : 27<br>PHOP<br>PO Box 40045<br>Fort Wayne  IN 46804 | | 02-05<br>Various Charges & Services | | | | | $ 2,500.00 |
| Account No:    0033<br>Creditor # : 28<br>Postmasters<br>2826 South Calhoun Street<br>Fort  Wayne IN 46807 | | 04-05<br>Various Charges & Services | | | | | $ 2,100.00 |
| Account No:    1325<br>Creditor # : 29<br>RMCB<br>2269 S Saw Mill River Rd #3<br>Elmsford NY 10523 | | 04-05<br>Various Charges & Services | | | | | $ 45.00 |

Sheet No.    5  of     7 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    8,895.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _McCord, Kathleen Denise_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:    *lied*<br>*Creditor # : 30*<br>*Roberts & Associates*<br>*4304 Flagstaff Cove*<br>*Fort  Wayne IN 46815* | | *04-05*<br>*Various Charges & Services* | | | | | $ 3,000.00 |
| Account No:    *lied*<br>*Representing:*<br>*Roberts & Associates* | | *Jeff Raff, Esq.*<br>*229 West Berry Street #300*<br>*Fort  Wayne IN 46802-2200* | | | | | |
| Account No:    *-825*<br>*Creditor # : 31*<br>*Royal Stitches and Imprints*<br>*5616 St. Joe Road*<br>*Fort  Wayne IN 46835* | | *04-05*<br>*Various Charges & Services* | | | | | $ 600.00 |
| Account No:    *0180*<br>*Creditor # : 32*<br>*SBC*<br>*6066 3 SQC Drive*<br>*Chicago IL 60663-0001* | | *03-05*<br>*Various Charges & Services* | | | | | $ 2,200.00 |
| Account No:    *0154*<br>*Creditor # : 33*<br>*Snyder Birch Cornwell & Morgan*<br>*200 West Main Street*<br>*Fort  Wayne IN 46802* | | *04-05*<br>*Various Charges & Services* | | | | | $ 575.00 |
| Account No:    *64JW*<br>*Creditor # : 34*<br>*Sterling Realtors & Appraisers*<br>*7530 Oak Lane*<br>*Fort  Wayne IN 46804* | | *04-05*<br>*Various Charges & Services* | | | | | $ 600.00 |

Sheet No.    6    of    7    continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | 6,975.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _McCord, Kathleen Denise_ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:   *2953*<br>*Creditor # : 35*<br>*The US Telephone Directory*<br>*1016 Ivy Avenue*<br>*McAllen TX 78501* | | *04-05*<br>*Various Charges & Services* | | | | | *$ 800.00* |
| Account No:   *2692*<br>*Creditor # : 36*<br>*Unishippers*<br>*6732 East State Blvd PMB 203*<br>*Fort  Wayne IN 46815* | | *04-05*<br>*Various Charges & Services* | | | | | *$ 1,400.00* |
| Account No:   *7907*<br>*Creditor # : 37*<br>*Verizon*<br>*PO Box 920041*<br>*Dallas TX 75392-0041* | | *03-05*<br>*Various Charges & Services* | | | | | *$ 2,800.00* |
| Account No:   *lied*<br>*Creditor # : 38*<br>*Verizon Directories Corp.*<br>*PO Box 612727*<br>*Dallas TX 75261-2727* | | *03-05*<br>*Various Charges & Services* | | | | | *$ 1,500.00* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.   7   of   7   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $<br>(Total of this page) | *6,500.00* |
| Total $<br>(Report total also on Summary of Schedules) | *73,165.00* |

FORM B6G (10/89) West Group, Rochester, NY

In re _McCord, Kathleen Denise_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Mrs. A.T. Anderson_<br>_5716 Port Royal Lane_<br>_Fort Wayne IN 46815_ | Contract Type:_Land contract_<br>Terms: _$1010.00 per montrhly @ 5% interest for five (5) ye_<br>Beginning date:_1/1/2002_<br>Debtor's Interest:_Purchaser_<br>Description:_2051 Reed Road, Fort Wayne, IN 46815_<br><br>Buyout Option:_N/A_ |

FORM B6H (6/90) West Group, Rochester, NY

In re **_McCord, Kathleen Denise_** _____ / Debtor          Case No. _____

                                                                                             (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

FORM B6I (12/03) West Group, Rochester, NY

In re _McCord, Kathleen Denise_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status: _Single_ | RELATIONSHIP _Son_ | | AGE _8_ |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Loan Officer_ | |
| Name of Employer | _First Monarch Mortgage_ | |
| How Long Employed | _1 month_ | |
| Address of Employer | _3736 Allen Avenue_ _Fort  Wayne IN  46805_ | |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 2,000.00 | $ | 0.00 |
| Estimated Monthly Overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 2,000.00 | $ | 0.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll Taxes and Social Security | $ | 384.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union Dues | $ | 0.00 | $ | 0.00 |
| d. Other  (Specify): | $ | 0.00 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 384.00 | $ | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,616.00 | $ | 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from Real Property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| Social Security or other government assistance Specify: | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income Specify: | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 1,616.00 | $ | 0.00 |
| TOTAL COMBINED MONTHLY INCOME  $ | 1,616.00 | | | |
| (Report also on Summary of Schedules) | | | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re  _McCord, Kathleen Denise_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| Are real estate taxes included?    Yes ☐    No ☒ | | |
| Is property insurance included?    Yes ☐    No ☒ | | |
| Utilities: Electricity and heating fuel | $ | 0.00 |
| Water and sewer | $ | 0.00 |
| Telephone | $ | 0.00 |
| Other    *Lives w/friend & shares expens* | $ | 600.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Home maintenance (Repairs and upkeep) | $ | 0.00 |
| Food | $ | 350.00 |
| Clothing | $ | 70.00 |
| Laundry and dry cleaning | $ | 15.00 |
| Medical and dental expenses | $ | 90.00 |
| Transportation (not including car payments) | $ | 130.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 183.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | | |
| Specify: | $ | 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other:    *Education* | $ | 50.00 |
| Other:    *Pet care & food* | $ | 30.00 |
| Other: | $ | 0.00 |
| TOTAL MONTHLY EXPENSES    (Report also on Summary of Schedules) | $ | 1,618.00 |